IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RICHARD MONTGOMERY, II | Case No. 5:25-cv-00758 |
| Plaintiff | JUDGE |
| -vs- | **ANSWER OF DEFENDANTS** |
| CITY OF AKRON, et al. | |
| Defendants | |

Now come Defendants City of Akron and City Council of Akron[1], by and through counsel, and for their answer to the Complaint of Plaintiff Richard Montgomery, II, state as follows:

## FIRST DEFENSE

1. Defendants lack sufficient information to form an opinion as to Plaintiff Richard Montgomery's reasons for filing the Complaint in this matter and, therefore, deny the same at this time. Defendants deny the remaining allegations in the "Introduction" section of the Complaint.

2. Defendants admit that the Summit County Court of Common Pleas has jurisdiction over justiciable declaratory judgment actions and has the authority to issue injunctions. Defendants deny the remaining allegations in the first paragraph the "Jurisdiction and Venue" section of the Complaint.

---

[1] Defendant Margo Sommerville has not been served in this matter.

1

3. Defendants admit that venue is appropriate in the Summit County Court of Common Pleas for justiciable claims against the Defendants. Defendants deny the remaining allegations in the second paragraph of the "Jurisdiction and Venue" section of the Complaint.

4. Defendants admit that City Council enacted Resolution No. 373-2023 on December 4, 2023, which establishes the rules of Akron City Council and provides for a limited public forum at the beginning of regular meetings of the Akron City Council. Defendants further admit that a copy of Resolution No. 373-2023 is attached to the Complaint as Exhibit 1. Defendants deny the remaining allegations in the first paragraph of the "Facts" section of the Complaint.

5. Defendants deny the allegations in the second paragraph of the "Facts" section of the Complaint.

6. Defendants admit that Plaintiff attempted to use the limited public forum before the Akron City Council meeting in a manner that was contrary to the reasonable, viewpoint neutral restrictions on the forum. Defendants deny the remaining allegations in the third paragraph of the "Facts" section of the Complaint.

7. Defendants deny the allegations in the fourth paragraph of the "Facts" section of the Complaint.

8. Defendants deny the allegations in the first paragraph of the "Legal Claims" section of the Complaint.

9. Defendants deny the allegations in the second paragraph of the "Legal Claims" section of the Complaint.

10. Defendants deny the allegations in the third paragraph of the "Legal Claims" section of the Complaint.

11. Defendants deny the allegations in the first paragraph of the "Relief Requested" section of the Complaint.

12. Defendants deny the allegations in the second paragraph of the "Relief Requested" section of the Complaint.

13. Defendants deny the allegations in the third paragraph of the "Relief Requested" section of the Complaint.

14. Defendants deny the allegations in the "Relief Requested: Temporary Restraining Order" section of the Complaint.

15. Defendants deny the allegations in the "Conclusion" section of the Complaint.

16. Defendants deny each and every allegation in the Complaint not explicitly admitted to herein.

## SECOND DEFENSE

17. Plaintiff failed to state a claim upon which relief may be granted.

## THIRD DEFENSE

18. Defendants assert the immunities, rights, and benefits of R.C. Chapter 2744.

## FOURTH DEFENSE

19. The City of Akron is chartered municipality and, therefore, is entitled to all rights, claims, benefits, and immunities to which it is entitled under the common law.

## FIFTH DEFENSE

20. Plaintiff failed to mitigate his damages.

## SIXTH DEFENSE

21. Defendants assert the unclean hands doctrine as a defense to Plaintiff's claims.

## SEVENTH DEFENSE

22. Plaintiff failed to name indispensable parties.

## EIGHTH DEFENSE

23. Defendants reserve the right to supplement these affirmative defenses.

Respectfully submitted,

Deborah S. Matz
**Director of Law**

/s/ Kirsten L. Smith
Brian T. Angeloni (0083651)
Deputy Director of Law
Brian D. Bremer (0087363)
Kirsten L. Smith (099074)
Assistant Directors of Law
172 S. Broadway St., Suite 200
Akron, Ohio 44308
(330) 375-2030
(330) 375-2041 (fax)
bangeloni@akronohio.gov

bbremer@akronohio.gov
klsmith@akronohio.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that on this April 15, 2025, a true copy of the foregoing was sent via regular mail to the following:

Richard Montgomery, II
2073 E 221st Street
Euclid, OH 44117
*Pro Se*

/s/ Kirsten L. Smith
Kirsten L. Smith (0099074)
Assistant Director of Law