ADAMS, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Richard Montgomery, II, | ) |
|         Plaintiff, | ) CASE NO. 5:25CV758 |
| v. | ) JUDGE JOHN R. ADAMS |
| City of Akron, et al., | ) <u>JUDGMENT ENTRY</u> |
|         Defendants. | ) |

For the reasons set forth in the Order filed on contemporaneously with this judgment entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendants' Motion for Judgment on the Pleadings is GRANTED.   The complaint is hereby DISMISSED.

IT IS SO ORDERED.


January 28, 2026                                         */s/ John R. Adams*
Date                                                                    John R. Adams
                                                                              U.S. District Judge